DISTRICT OF OREGON: ss,                    AFFIDAVIT OF BOBBY GUTIERREZ

### Affidavit in Support of a Criminal Complaint

I, Bobby Gutierrez, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since January 2021.  I am currently assigned to the FBI's Portland Division and am part of the Transnational Organized Crime and Violent Gang Squad.  I presently work a variety of criminal and national security matters, including the investigation of violent crimes, gangs, and narcotics, and the apprehension of federal fugitives.  During my 21-week training at the FBI Academy in Quantico, Virginia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause.  In my current area of responsibility, I work with law enforcement officers who have experience and training in investigating coded communication involving the distribution of controlled substances and gang affiliations.  I have used this training and experience, as well as the training and experience of other law enforcement officers familiar with this investigation, to demonstrate how these criminal enterprises plan, organize and carry out criminal activity.

2.      Prior to being employed with the FBI, I was a Licensed Master Social Worker (LMSW) in the state of Arizona for approximately six years.  As a LMSW, I was responsible for creating and implementing target treatment plans for court-ordered criminal offenders with a chronic history of substance use disorders, domestic violence, and child abuse.  In addition to my employment as an LMSW, I was a behavioral health consultant for Medicare/Medicaid and oversaw medical and mental health treatment for patients residing in assisted living homes and

**Affidavit of Special Agent Bobby Gutierrez**                    **Page 1**

skilled nursing facilities.  As a consultant, I was responsible for auditing medical treatment plans, levels of care, and medications to include psychotropic and Schedule II narcotic pain medications.

3.      This affidavit is based upon a joint investigation conducted by the Port of Portland Police Department, the Portland Regional Organized Crime & Drug Task Force (PDX-TF) and the Federal Bureau of Investigation (FBI).

## Purpose of Affidavit

4.      This affidavit is submitted to support a criminal complaint and arrest warrant for **TERELL WAYNE OVERTON**, a male, date of birth 11/xx/1974 (hereinafter referenced as "**OVERTON**") for committing the felony crimes of:

- Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8); and,

- Theft of a Firearm, in violation of Title 18, United States Code, Section 924(l),

hereinafter the "Target Offenses."

5.      I have obtained the facts set forth in this affidavit from written reports of other law enforcement officers and from records, documents and other evidence obtained during this investigation.   I have obtained and read the official reports prepared by law enforcement officers participating in this investigation and in other related investigations.

## Summary of Probable Cause

6.      In June of 2026, the Port of Portland Police began receiving a series of calls from airline passengers who were traveling through the Portland International Airport (PDX), which is located in Portland, Oregon, reporting that the firearms they were transporting did not arrive at their destinations and were now missing.  Port of Portland Police along with members of the PDX-

TF and the FBI (hereinafter "Investigators") began an investigation in an attempt to identify suspected subject(s) involved in the potential theft of these firearms.

7.      Using the information provided by these airline passengers, Investigators began searching through potential leads which included reviewing closed-circuit television (CCTV) footage around the times these firearms went missing.  Through this investigation the Investigators were able to establish a person of interest who they believe had access to and knowledge of the firearms moving through the baggage process at PDX.  This person was later identified as **TERELL OVERTON**.  Investigators learned that **OVERTON** was an employee of a PDX airport contractor who had access to secure areas of the airport to include the baggage makeup area which gave him access to checked bags, including firearms, that were being processed for transfer and loading within the airport.

8.      On June 28, 2026, at approximately 12:21p.m., another airline passenger (hereinafter "Victim") called PDX to report the theft of their Glock 19 9mm semiautomatic handgun, with Serial Number CFRR304 (the firearm).  The victim reported that on the morning of June 28, 2026, they checked the firearm, which had been secured inside a case within their checked baggage, with Alaska Airlines at PDX Airport for Flight No. 3055 which was scheduled to fly to Oakland, California later that morning.  Upon arriving in Oakland, California the victim discovered the firearm was missing.

9.      The victim also reported that they had placed an Apple AirTag inside the firearm case and the Apple AirTag was actively transmitting its location to be within the Alaska Airlines

baggage handling area at PDX at the time of the report.[1]  Using this information, Investigators attempted to locate the missing firearm.

10.    At approximately 2:31 p.m., Investigators observed **OVERTON** board an employee shuttle bus at PDX and he was carrying both a tan shoulder bag and a black backpack bearing a Puma logo.  At approximately the same time, the Victim advised Investigators that the AirTag location had updated its location to be at the employee shuttle bus pickup area, consistent with the location and travel of **OVERTON**.

11.    At approximately 2:42 p.m., the Victim reported that the AirTag location updated to the area of NE 82nd Avenue, in Portland, Oregon, which is consistent with the normal route traveled by the employee shuttle bus from the airport to the Employee Parking Lot.  At approximately 2:45 p.m., the Victim reported that the AirTag location updated to the Employee Parking Lot.

12.    Investigators on scene contacted **OVERTON** in the Employee Parking Lot and took him into custody.  At the time **OVERTON** was in possession of a tan, over the shoulder style bag.  During the contact, **OVERTON** also discarded a black Puma backpack onto the ground adjacent to a garbage can, as depicted in the photo below:

///

///

///

---

[1]    I know that an Apple AirTag is a small, quarter-sized tracking device that attaches to items like keys, wallets, or luggage to help the user locate them using other Apple products such as an iPhone, iPad, and Mac notebook computer.

**Affidavit of Special Agent Bobby Gutierrez**                                **Page 4**



*Photograph 1:  Black Puma backpack thrown by **OVERTON** during his arrest*

13.    At approximately 2:48 p.m., the AirTag location updated to show that it was in the location where **OVERTON** was taken into custody.  Investigators then transported **OVERTON** and the two bags to the Port of Portland Police Department, located at 7240 NE Airport Way, Portland, Oregon.  At approximately 3:12 p.m., the AirTag location updated again and showed it was now located within the Port of Portland Police Department, consistent with the location of where the two bags had been transported.

14.    Based on the AirTag location updates and the fact that **OVERTON** discarded the black Puma backpack immediately before he was taken into custody, Investigators believed the stolen firearm case containing the AirTag, and likely the associated stolen firearm, were located within the black Puma backpack.

15.    That evening, Investigators applied and were granted a search warrant from Multnomah County Circuit Court Judge Heidi H. Moawad for the black Puma backpack.  The search was conducted inside the Port of Portland Police Department, located at PDX.  Inside the

**Affidavit of Special Agent Bobby Gutierrez**                                                                **Page 5**

black Puma bag that **OVERTON** had discarded, Investigators located a locked handgun case. Investigators cut the lock and opened the locked handgun safe and inside was the Glock 19 9mm semiautomatic handgun, with Serial Number CFRR304 (the firearm) that the Victim had reported stolen and that the Victim had provided the AirTag tracking information.



*Photograph 2: Locked handgun case from inside of Black Puma bag*



*Photograph 3: Glock 19 handgun with Apple AirTag (highlighted in yellow)*

**Affidavit of Special Agent Bobby Gutierrez**                    **Page 6**

16.     I am familiar with what firearms are manufactured inside the State of Oregon. Based on my training and experience, I know that the Glock 19 9mm semiautomatic handgun, with Serial Number CFRR304 (the firearm) was manufactured outside the State of Oregon and therefore believe that this firearm traveled in interstate and/or foreign commerce prior to arriving here in the District of Oregon.  The Victim also reported that **OVERTON** did not have permission to take the firearm.

17.     An Investigator advised **OVERTON** of his constitutional *Miranda* rights and he acknowledged understanding them.  **OVERTON** admitted that his job was to check bags onto the departing planes at PDX and he had been working there since 2023.  The Investigator told **OVERTON** they were investigating the theft of multiple firearms and that another gun, with a tracker attached to it, had been reported stolen that day.  **OVERTON** was told that was why he was arrested and in response **OVERTON** said that his girlfriend had lost her job and he had a kid. When Investigators asked **OVERTON** if the theft was related to his financial problems he said he did not want to talk anymore.

18.     **OVERTON** was subsequently lodged at the Multnomah County Detention Center.

19.      A law enforcement database search of **OVERTON'**s criminal history revealed that he has previously been convicted of multiple felony crimes punishable by imprisonment for a term exceeding one year, to include that on or about July 25, 2005, in the U.S. District Court for the District of Oregon, **OVERTON** was convicted of the felony crime of Distribution of Cocaine Base and sentenced to 140 months' imprisonment, which was later reduced to a sentence of 120 months' imprisonment.  Case No. CR 04-293-KI.

///

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 7**

## Conclusion

20.     Based on the foregoing, I have probable cause to believe, and I do believe, that **OVERTON** has committed the Target Offenses and I therefore request that the Court issue a criminal complaint and arrest warrant for **OVERTON**.

21.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by United States Attorney Scott Kerin.  U.S. Attorney Kerin advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*
Bobby Gutierrez, Special Agent
Federal Bureau of Investigation

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:28 p.m. on June 30, 2026.

_____
HONORABLE JEFFREY ARMISTEAD
UNITED STATES MAGISTRATE JUDGE

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 8**